IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LIMING WU,

    Plaintiff,

v.                                                                  No. CIV 17-113 RB/KRS

RYAN ZINKE, Secretary of the United States
Department of the Interior, et al.,

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court upon review of the record. On October 22, 2020, the Court granted Plaintiff an extension until November 6, 2020, to file a fifth amended complaint and cautioned Plaintiff that future requests for extensions will not be granted absent extenuating circumstances and a showing of good cause. (Doc. 68). As of the date of this order, Plaintiff has not filed an amended complaint or asked for an extension of time to do so. A district court has inherent power to dismiss a case for failure to prosecute or for failure to comply with a court order. *See Olsen v. Mapes*, 333 F.3d 1199, 1204 (10th Cir. 2003). Plaintiff's "pro se status does not relieve [her] from complying with the court's procedural requirements." *Barnes v. United States*, 173 Fed. Appx. 695, 697 (10th Cir. April 4, 2006) (unpublished) (citation omitted).

**IT IS THEREFORE ORDERED** that **no later than December 21, 2020**, Plaintiff shall respond in writing to this order and show cause why this case should not be dismissed. Plaintiff's failure to respond to this order may result in this case being dismissed without prejudice without further notice.

**IT IS SO ORDERED.**

                                                                                   _____
                                                                                    KEVIN R. SWEAZEA
                                                                                    UNITED STAGES MAGISTRATE JUDGE